**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ Original Plan

☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: MILLICENT JOHNSON     JOINT DEBTOR: _____     CASE NO.: _____

SS#: xxx-xx- 8839              SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ■ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $667.15 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4700.00 | Total Paid: | $580.00 | Balance Due: | $4120.00 |
|---|---|---|---|---|---|
| Payable | $506.50 | /month (Months 1 to 5 ) | | | |
| Payable | $496.50 | /month (Months 6 to 8 ) | | | |
| Payable | $98.00 | /month (Months 9 to 9 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 Attorney fee, $150.00 in costs, $500.00 MTV Vehicle, $25.00 in fees, $500.00 Motion to pay IRS, $25.00 in fees

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ■ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE

2. **VEHICLES(S):** ☐ NONE

Debtor(s): MILLICENT JOHNSON    Case number: _____

| 1. Creditor: Bmw Financial Services<br>Address: Po Box 3608<br>Dublin OH 43016-0000<br><br>Last 4 Digits of Account No.: _____<br>VIN: WBAVM1C5XFV314318<br>Description of Collateral:<br>2015 BMW X1 45,000 miles<br><br>Check one below:<br>☒ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $18,875.00<br>Amount of Creditor's Lien: $21,336.00<br><br>Interest Rate: 1.90% | **Payment**<br>Total paid in plan: $19,800.60<br><br>$100.00 /month (Months 1 to 8)<br>$498.50 /month (Months 9 to 9)<br>$362.79 /month (Months 10 to 60) |

**3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Home Point Financial C | | 4696 Greentree Path Unit B Boynton Beach, FL 33436 Palm Beach County |
| 2. | GREENTREE VILLAS CONDOMINIUM ASSOCIATION | | 4696 Greentree Path Unit B Boynton Beach, FL 33436 Palm Beach County |
| 3. | Hyundai Motor Finance | | 2012 Hyundai Elantra 100,000 miles VIN#KMHDB8AE0CU137470 (paid by third party) |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $11,000.00 | Total Payment | $12,454.80 |
|---|---|---|---|
| Payable: | $10.00 | /month (Months 6 to 9) | |
| Payable: | $243.71 | /month (Months 10 to 59) | |
| Payable: | $229.30 | /month (Months 60 to 60) | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.** Pay $14.41 /month (Months 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Debtor(s): MILLICENT JOHNSON          Case number: _____

- **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
- **C.** <u>SEPARATELY CLASSIFIED:</u>    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES:</u> Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

**VII.** <u>INCOME TAX RETURNS AND REFUNDS:</u> ■ NONE

**VIII.** <u>NON-STANDARD PLAN PROVISIONS</u> ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

IRS to be paid 5% as per court

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ MILLICENT JOHNSON    Debtor    September 12, 2018    _____ Joint Debtor    _____
MILLICENT JOHNSON                  Date                                                                  Date

_____    _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**